UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on April 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>James W. Denges<br><br>and Jacqueline Denges<br><br>                                 Debtors. | Case No.:     14-33042-ABA<br><br>Chapter:      13<br><br>Hearing Date:  April 20, 2020<br><br>Judge:        Andrew B. Altenburg, Jr. |

**ORDER DENYING MOTION TO REOPEN AND MOTION TO CONVERT**

The relief set forth on the following pages, numbered two, is hereby **ORDERED**.

**DATED: April 21, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re James W. Denges and Jacqueline Denges*
Case No.: 14-33042-ABA
Order Denying Motion to Reopen and Motion to Convert
Page | 2

AND NOW this matter coming before the court by the debtors having filed a Motion to Reopen her chapter 13 case and a Motion to Convert that case to chapter 7 (Doc. Nos. 78, 79) and a brief in support (Doc. No. 81); and opposition having been filed by Michael Portnoy (Doc. Nos. 80, 82); and the chapter 13 trustee filing a response (Doc. No. 84); and

For the reasons set forth on the record and in a Memorandum Opinion entered herewith; and for good cause shown; it is

ORDERED that the debtors' Motion to Reopen is DENIED.

IT IS FURTHER ORDERED that as denial of the Motion to Reopen renders the Motion to Convert, the Motion to Convert is also DENIED.

The court reserves the right to revise its findings of fact and conclusions of law.